UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No.: 8:20-BK-07807-CPM
                                                                      Chapter 7

Robert Lee Buttrey III
Gaylynn Gay Buttrey

        Debtors.
_____/

## MOTION TO REOPEN CASE

COME NOW the Debtor(s), Robert Lee Buttrey III and Gaylynn Gay Buttrey, by and through the undersigned attorney and hereby states as follows:

1. The debtors filed a Chapter 7 Bankruptcy Petition Case on October 20, 2020.

2. The case discharged and closed on January 22, 2021.

3. The Debtors wish to reopen their case to file an Amended Schedules E/F to add an additional creditor.

4. Debtors need to include the following debt incurred prior to the Chapter 7 petition:

    First National Collection Bureau, Inc.
    50 W Liberty St Suite 250
    Reno NV 89501-0000

5. No prejudice will flow to this case if this Motion is granted.

WHEREFORE, the Debtors respectfully request that this Court enter an Order Granting Debtor's Motion to Reopen Case and to allow the Debtor to file an Amended Schedules E/F.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Reopen Case has been furnished by U. S. mail and electronic filing to Dawn A Carapella, Chapter 7 Trustee; U.S. Trustee, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949; Creditor, First National Collection Bureau, Inc., 50 W Liberty St Suite 250, Reno NV

89501-0000and all creditors and parties in interest on the attached mailing matrix this 8th day of June, 2022.

                                          Respectfully submitted,

                                        <u>/s/ WALTER F. BENENATI</u>
                                        Walter F. Benenati
                                        Florida Bar No.:   46679
                                        Law Offices of Walter F. Benenati
                                        2702 East Robinson Street
                                        Orlando, Florida 32803
                                        Telephone:   (407) 777-7777
                                        Facsimile:   (407) 236-7667
                                        Attorney for Debtor
                                        Email: wfb@777lawfirm.com